UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                               )
RBS CITIZENS, NATIONAL                         )
ASSOCIATION,                                   )
                                               )
    <u>Plaintiff/Defendant-in-Counterclaim</u>,   )
                                               )
v.                                             )   Civil Action No. 09-10116-LTS
                                               )
JEFFREY ARESTY and                             )
ARESTY INTERNATIONAL LAW FIRM,                 )
                                               )
    <u>Defendants/Plaintiffs-in-Counterclaim</u>.  )
_____)

<u>ORDER ON PENDING MOTIONS</u>

May 5, 2011

SOROKIN, M.J.

    The Court will hold a hearing on the pending motions for summary judgment (docket #s 42 & 43) on May 26, 2011 at 10:00 a.m. in Courtroom #24.

    The Motion for Leave to File A Reply (Docket #57) is ALLOWED subject to a four page limitation and the filing of the reply by May 9, 2011.

    The Motion to Impound (Docket #56) is ALLOWED.

    The Motion to Strike (Docket # 58) is DENIED EXCEPT AS SET FORTH HEREIN. The Court treats Exhibit IX as an explanatory chalk or argument. The Court accepts Exhibit X as an accurate copy of the document filed with the court in New York. The relevance and, if necessary, the admissibility of the assertions contained within Exhibit X will be resolved by the

Court in the course of the ruling on the summary judgment motions.

Plaintiff's response to the First Motion for Sanctions (Docket #60) shall be filed by May 16, 2011.

No further briefing or motions, beyond those authorized herein, shall be filed prior to the hearing without leave of court.

SO ORDERED.

/s / Leo T. Sorokin
Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE